# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO.  03-24-00449-CR

**Lindsay Marie Smith, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 390TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-DC-22-204226, THE HONORABLE JULIE H. KOCUREK, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant Lindsay Marie Smith has filed a motion to dismiss her appeal.  The motion is signed by both appellant and her attorney.  *See* Tex. R. App. P. 42.2(a).  We grant the motion and dismiss the appeal.  *See id.*

_____

Edward Smith, Justice

Before Justices Baker, Smith, and Theofanis

Dismissed on Appellant's Motion

Filed:   July 31, 2024

Do Not Publish